UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr 98 DCB-FKB

VIDAL ISAAC  18 U.S.C. § 1112

**The Grand Jury Charges:**

That on or about June 25, 2015, in Neshoba County, in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Bogue Chitto Community of the Choctaw Indian Reservations, in the Indian Country, the defendant, **VIDAL ISAAC**, a Choctaw Indian, upon a sudden quarrel or heat of passion, did knowingly and unlawfully kill J.R., also a Choctaw Indian, by beating him with his fists, all in violation of Sections 1112 and 1153, Title 18, United States Code.

_____
HAROLD BRITTAIN
Acting United States Attorney

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _8_ day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1